# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI ANN LUNA-MICHAEL,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:21-cv-01083-SAB<br><br>ORDER RE STIPULATION FOR AWARD OF ATTORNEY FEES AND COSTS<br><br>(ECF No. 15) |

Kristi Ann Luna-Michael ("Plaintiff") filed the complaint in this action on July 12, 2021. (ECF No. 1.) On August 5, 2022, the Court remanded the action for further proceedings and entered judgment in favor of Plaintiff. (ECF Nos. 12, 14.) On November 3, 2022, the parties filed a stipulation for the award of attorney fees in the amount of $739.63, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"), and no costs pursuant to 28 U.S.C. § 1920. (ECF No. 15.) The award is without prejudice to the rights of counsel to seek attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA. (Id.)

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties, Plaintiff is awarded attorney fees under the EAJA in the amount of $739.63, and no costs pursuant to 28 U.S.C. § 1920.

IT IS SO ORDERED.

Dated:   **November 4, 2022**

UNITED STATES MAGISTRATE JUDGE